Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re ) | |
| ) | Case No. _____ |
| ) | |
| ) | CONFIRMATION HEARING DATE:_____ |
| ) | |
| ) | **ORDER CONFIRMING PLAN** |
| ) | **AND RESOLVING MOTIONS** |
| Debtor(s) ) | |

The debtor's plan having been provided to creditors and the Court having found that it complies with 11 USC § 1325, now, therefore IT IS ORDERED:

1. Debtor's plan (Docket # \_\_\_\_) is confirmed, and all relief requested in the plan is granted. All references to the plan are to the plan as modified by any amendment shown in ¶ 4 below.

2. Pursuant to 11 USC §522(f)(1), the following liens are avoided [listed alphabetically, and only one per line, including each creditor's name, service address, and lien type (e.g., judicial lien or non-purchase money security interest)]:

3.  Per the filed *Application for Compensation* (LBF 1305) and, if applicable, the *Fees and Expenses Itemization Through* _____ (LBF 1306), compensation to debtor's counsel of attorney fees of $_____ and expenses of $_____, of which $ _____ has been paid, leaving $_____ to be paid as funds become available per plan ¶ 4(c).

4. Debtor has moved to amend the plan by interlineation as follows, which amendments are allowed and become part of the confirmed plan:

5. The terms of this order are subject to any objection filed within 21 days by [listed alphabetically, and only one per line, including each creditor's name, service address]:

Additional Provisions, if any:

###

*I certify that on _____ I provided this Order to the Trustee for submission to the court.*

_____
Debtor or Debtor's Attorney

Approved*:* _____
        *Trustee*

In re Dorie L Amaya and Jimmy R Amaya
Case No. 20-30061-pcm13

**ATTACHMENT**

1. ¶1 mark the box "Includes" Nonstandard Provisions;

2. ¶3(e) add "Bonus income outlined in Paragraph 15";

3. ¶4(b)(1) add new entry as follows: Creditor: "Home Point Financial"; Collateral: "Single Family Dwelling"; Estimated Arrearage if Curing: "9,731.34"; Interest Rate: "0%"; Monthly Plan Payment: "All available funds after all attorney fees paid in full";

4. Add ¶15: "During the life of the Plan, Mrs. Amaya shall pay to the Trustee, during the month of receipt one third (1/3) of all gross bonuses received. Debtor(s) must make such payments by separate money order or cashier check and state on the check "Bonus Earnings".  At the end of each calendar year during the life of the Plan, Mrs. Amaya shall provide the Trustee with a copy of the year end pay stub for employment during that year.  Should Mrs. Amaya not provide this information, the Trustee may calculate the additional bonus amounts based upon the difference between the tax returns and the most recent Schedule 106I and add the calculated amount to the plan base.  Debtor(s) must pay the amount of this calculation into the plan prior to receiving a discharge."